onment and $500 fines for each of defendant's convictions of aggravated unlawful operation of a motor vehicle in the first degree (Vehicle and Traffic Law § 511 [3] [a]) and driving while intoxicated (Vehicle and Traffic Law § 1192 [3]; *see,* Penal Law § 70.25 [2]; § 80.15; *People v Grader,* 142 AD2d 997). Defendant's sentences are modified to run concurrently and the fine imposed for aggravated unlawful operation of a motor vehicle in the first degree is vacated. (Appeal from judgment of Supreme Court, Onondaga County, Gorman, J.—aggravated unlawful operation of motor vehicle, first degree.) Present—Callahan, J. P., Boomer, Green, Pine and Lawton, JJ.

■ In the Matter of AUGUSTINA F., a Person Alleged to be in Need of Supervision.—Order unanimously reversed on the law and matter remitted to Erie County Family Court for further proceedings, in accordance with the following memorandum: Petitioner appeals from an order adjudging that she is a person in need of supervision upon a plea. She was not advised of her right to remain silent, as required by Family Court Act § 741 (a) *(see, Matter of Mark S.,* 144 AD2d 1010). (Appeal from order of Erie County Family Court, Sedita, J.—PINS.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.

■ ANNA SHOUP, Appellant, v PASADENA HYDRAULICS, INC., Defendant, and GOULD PUMPS INCORPORATED, Respondent. (And a Third-Party Action.) (Appeal No. 1.)—Order unanimously affirmed with costs. Memorandum: The record establishes unequivocally that the mold and press involved in this accident were not designed, manufactured, serviced or maintained by Gould Pumps. The only connection of Gould Pumps to this matter was it had agreed to purchase the diffuser which was being produced. (Appeal from order of Supreme Court, Erie County, Joslin, J.—summary judgment.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.

■ ANNA SHOUP, Appellant, v PASADENA HYDRAULICS, INC., Respondent, et al., Defendant. (And a Third-Party Action.) (Appeal No. 2.)—Order unanimously affirmed without costs for reason stated at Supreme Court, Joslin, J. (Appeal from order of Supreme Court, Erie County, Joslin, J.—summary judgment.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.

■ In the Matter of PAUL H., a Person Alleged to be in Need of Supervision.—Order unanimously reversed on the law without costs and petition dismissed. Memorandum: The rec-